2:22-cv-00082-RFB-DJA

```
Court Name: District of Nevada
Division: 2
Receipt Number: NVLAS079246
Cashier ID: hmagenni
Transaction Date: 01/18/2022
Payer Name: Parnell Colvin
----------------------------------
CIVIL FILING FEE- NON-PRISONER
 For: Parnell Colvin
 Amount:         $402.00
----------------------------------
CASH
 Amt Tendered:  $402.00
----------------------------------
Total Due:      $402.00
Total Tendered: $402.00
Change Amt:     $0.00
```

"Only when bank clears the check, money order, or verifies credit of funds is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check."