**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Parnell Colvin,<br><br>               Plaintiff,<br><br>    v.<br><br>Tako, LLC,<br><br>               Defendant. | Case No. 2:22-cv-00082-RFB-DJA<br><br>**Order** |

*Pro se* plaintiff Parnell Colvin has filed a letter with the Clerk of Court, asking the Court to construe it as a motion to extend time for him to serve his complaint and file proof of service. (ECF No. 4). Plaintiff explains that he has experienced a life-threatening case of COVID-19 and has only recently recovered sufficiently to continue his litigation. (*Id.*). Plaintiff's deadline for filing proof of service is currently April 18, 2022. (ECF No. 1).

Under Federal Rule of Civil Procedure 4(m), if a plaintiff shows good cause for the failure to serve a defendant within ninety days after the complaint was filed, the court must extend the time for service for an appropriate period. Fed. R. Civ. P. 4(m). Under Local Rule IA 6-1, "[a] motion or stipulation to extend time must state the reasons for the extension requested and must inform the court of all previous extensions of the subject deadline the court granted." LR IA 6-1(a). The court liberally construes *pro se* filings. *See Hebbe v. Pliler*, 627 F.3d 338, 342 & n.7 (9th Cir. 2010).

The Court grants Plaintiff's request for an extension. Plaintiff has demonstrated good cause for the extension: his serious case of COVID-19. Additionally, Plaintiff has moved to extend this deadline before it expired. Liberally construing Plaintiff's letter as a motion, the Court thus grants Plaintiff's request for an extension. The Court grants Plaintiff an additional thirty days to accomplish service.

1    **IT IS THEREFORE ORDERED** that Plaintiff's motion to extend the service deadline is

2    **granted.**  Plaintiff shall have until **Tuesday, May 31, 2022** to accomplish service on Defendants.

3

4    DATED: April 1, 2022

5    _____

6    DANIEL J. ALBREGTS
     UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28