UNITED STATES DISTRICT COURT

District of Nevada



Parnell Colvin  
6681 Tara Ave  
Las Vegas, Nv 89146  
Email: Pc681@yahoo.com  
Case No: 2:22-cv-00082-CDS-DJA  
( Colvin v. Tako LLC )

Motion to file proof of service

    Comes now plaintiff Parnell Colvin and requests this honorable court to grant him extension of time to file proof of service with the. Plaintiff Colvin experienced a life threatening case of pneumonia covid 19 with a one percent chance of survival. With prayers and support plaintiff Colvin survived but deals with complications from covid Colvin doctors have ordered two more lab tests to see if the blood clots in his lungs have gotten smaller. Colvin did not know of the two extra tests and lab work needed at the time of his original request.

    Plaintiff Colvin is requesting the court to grant his motion to file proof of service with the court until July 3, 2022, this will allow time to complete the tests and any recovery time. The tests are a very important part of Colvin treatment. Colvin prays the court will grant his request and Colvin will be ready to proceed and litigate his case.

Thanking the court in advance for its consideration

Dated this Day May 31, 2022

*Parnell Colvin* (signature)  
Parnell Colvin

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
District of Nevada

|  |  |
|---|---|
| Parnell Colvin | ) |
| *Plaintiff/Petitioner* | ) |
| v. | ) Civil Action No. 2:22-CV-00082-CDS-DJA |
| Tako LLC | ) |
| *Defendant/Respondent* | ) |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

I am not employed

My gross pay or wages are: $ _____ 0.00, and my take-home pay or wages are: $ _____ 0.00 per
*(specify pay period)* _____ 0 _____.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☐ Yes | ☑ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ _____ 0.00 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:
Plaintiff has nothing of value plaintiff has filed for Chapter 7

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:
Plaintiff has not got current bills since filed bankrutcy on April 22,2022

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:
A.C My daughter
M.C My daughter

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:
None at the moment since I filed Chapter 7

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:    05/30/2022

*Applicant's signature*

Parnell Colvin
*Printed name*