AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### District of Nevada

| | |
|---|---|
| Parnell Colvin | ) |
| | ) |
| | ) |
| ——————— — — | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Tako LLC | ) |
| | ) |
| | ) |
| ——— — ——— — — | ) |
| *Defendant(s)* | ) |

```
FILED          RECEIVED
____ ENTERED   ____ SERVED ON
      COUNSEL/PARTIES OF RECORD

      JUL 0 5 2022

  CLERK US DISTRICT COURT
    DISTRICT OF NEVADA
BY: _____ DEPUTY
```

Civil Action No. 2:22-CV-0082

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Tako LLC
2411 Taragato Ave
Henderson, Nv 89052

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Parnell Colvin
6681 Tara ave
Las Vegas, Nv 89146

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**Lucio Ortiz-Esparza**

Date:  07/05/22

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:22-CV-0082

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*        07/03/2022

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)*  Would not state name

_____ , a person of suitable age and discretion who resides there,

on *(date)*        07/03/2022        , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

My fees are $        20.00        for travel and $        20.00        for services, for a total of $        40.00

I declare under penalty of perjury that this information is true.

Date: ___07/03/2022

_____
*Server's signature*

Monique Brown
*Printed name and title*

6681 Tara Ave
Las Vegas, Nv 89146

*Server's address*

Additional information regarding attempted service, etc:
I served an adult at the property they would not state thier name.