```
____ FILED        ____ RECEIVED
____ ENTERED      ____ SERVED ON
            COUNSEL/PARTIES OF RECORD

        AUG 2 2 2022

     CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY: _____ DEPUTY
```

1  PARNELL COLVIN

2  6681 TARA AVE

3  LAS VEGAS, NV 89146

4  EMAIL: PC681@YAHOO.COM

5  PH: (503) 490-6564

6

2:22-CV-0082-CDS-DJA

7  Parnell Colvin,  |       Case No: 2;22-CV-CDS-DJA

8           Plaintiff  |

9                      |    EMERGENCY MOTION FOR

10         VS.         |    PRELIMINARY INJUCTION /

11                     |    TEMPARORARY RESTAINING ORDER

12         Tako LLC,   |

13         Dendant     |

14  _____|

15       Comes now Plaintiff Parnell Colvin, and is requesting the court to grant his motion for an

16  emergency injuction agaisnt the defendant Tako LLC, for the stated reasons in this motion. The court is aware

17  that plaintiff Colvin suffered a life threatening case of pnueumnia covit-19 and was expected to not suvive his

18  battle with the deadly virus. While Colvin was on his death bed fighting for his life the defendant Tako LLC,

19  filed a case in Las Vegas Justice Court Colvin received an email while recovering in the hospital and could not

20  even care for himself he had two oxygen masks on and was hooked up to multiple machines including IV,

21  heart monitor , highflow breathing machine , heart rate and oxygen machine ect 24 hours 7 days a week. Was

22  also sedated from all the medications he was taken could not participate in the proceedings plaintiff Colvin, had

23  requested hospital staff and his wife to contact the Las Vegas Justic Court to request to have the hearing

24  resheduled but the Las Vegas Justice Court said they would not and the hearing would still go on as scheduled.

25

26       Please see (Exihibit #1) letter from Spring Valley Hospital stating that plaintiff Colvin, could not attend

27  court at this time. Once plaintiff Colvin had recieved word back from the Las Vegas Justice Court that the

28  hearing would still take place on January 20,2022. Plaintiff Colvin, believed his federal constitutional rights

(3)

1  to Due Process Clauses were being violated at this point plaintiff Colvin, was forced to check himself out the
2  hospital early and filed a notice of removal from the Las Vegas Justice Court to the Federal District Court.
3  Once plaintiff Colvin, filed the notice with the Federal Courts Clerks office on the same day filed the notice of
4  removal with the Las Vegas Justice Court Clerks Office the defendant and the Las Vegas Justice Court was
5  trying to keep the case for a hearing but plaintiff kept informing the court and the defendant that his due process
6  rights were being violated intentionally.

8  Evenually the case was removed from hearing and the Justice Court informed the defendant
9  Tako LLC, that since plaintiff had filed an notice of removal on federal laws that it needed to address the issues
10 in the Federal Court. However the defendant has not addressed this case in the Federal Court at all instead it
11 keeps refiling the same case back with the Justice Court instead of filing any reply with the Federal Court.
12 The defendant Tako LLC, has been told many times to address there issues with the Federal Court. In a earlier
13 attempt to get the case heard in the Justice Court again the Chief Judge Ms. Saragosa, stayed the case.
14 Please see (Exhibits #3-4) the court can see that this matter keeps getting put on docket for a hearing.

16 Plaintiff was told by Judge Saragosa, judicial assistant Maureen Lowe, on August 12,2022
17 via phone that plaintiff needed something from the Federal Court showing the case was still pending. Plaintiff
18 Colvin, contacted the chambers of The Honrable Cristina D. Silva, chambers left voicemail Jaye L. Beltran,
19 replied Colvin, had explained that the Las Vegas Justice Court needed something to show the case was still
20 pending in the Ferderal Court. Plaintiff Colvin, was emailed an docket sheet that shows the case is still pending
21 and faxed a copy of the docket sheet showing the case is still active in the Federal Court to the Justice Court.

23 Plaintiff was told and believed once he provided this document that the case would be removed
24 from the hearing set for August 25,2022. The Justice Court is now claiming it needs more proof the case is still
25 pending in the Federal Court it is very clear from the docket sheet that this case is active in the Federal Court.
26 The Justice Court Knows the said case is active in the Federal Court it has removed the case several times prior
27 because it has been shown that the case was legally removed from the state court January 18,2022 which is the
28 date plaintiff filed the notice of removal in the federal Court and also filed the notice in the Justice Court.

(2)

      Plaintifff Colvin, believes the only way to stop the ongoing tactics by the defendant Tako LLC, is for the Federal Court to issue an emergency injuction against the defendant. This will allow for the case to proceed in the Federal Court without further delay and tactics by the defendant Tako LLC, has had every opportunity to respond or address the case but have chosen to keep refiling in the Justice Court hoping to gain an unfair advantage in the state court.

## RELIEF REQUESTED

(1). Grant the motion for an emergency injuction with an order to remain in place until the completion of case in the Federal Court.

(2). Sanction the defendant Tako LLC, for the contiued tactics.

(3). Grant plaintiff any and all relief the court believes is appropriate.

(4). Please include the state case number in the order as well which is (21E014316).

      Thanking the court for its time and consideration.

Dated August 22,2022

*/s/ Parnell Colvin/*

Parnell colvin

(3)

# SPRING VALLEY HOSPITAL
## MEDICAL CENTER

*A Member of The Valley Health System*

January 4, 2022

To Whom It May Concern:

Mr. Parnell Colvin, date of birth 4/20/1969, was admitted to Spring Valley Hospital on 12/19/2021 with a serious illness and still requires care in our hospital. He is unable to attend court at this time.

Please feel free to contact Dr. Shiven Chaudry at 702-853-3160 or myself at 702-853-908-3396 if we can be of further assistance.

Sincerely,

*Robyn Isaacson, LSW, MSW*

Robyn Isaacson, LSW, MSW
Licensed Social Worker
5400 S Rainbow Blvd
Las Vegas, NV 89118
Phone 702-908-3396
Fax 702-853-3739

Las Vegas Justice Court
Electronically Filed
8/26/2021 12:40 P
Melissa Saragosa
CLERK OF THE COURT

JUSTICE COURT, LAS VEGAS TOWNSHIP
CLARK COUNTY, NEVADA

TAKO LLC,

    Plaintiff,

vs.

PARNELL COLVIN,

    Defendant.

CASE NO.: 21E014316

ORDER VACATING HEARING

The Las Vegas Justice Court is in receipt of a document which Defendant filed as a "Notice" on July 21, 2021.

Examination of the document filed by Defendant reveals that it is a "Civil Cover Sheet" from a Federal District Court filing. Nevertheless, it appears that Defendant intends this document to serve as a notice given as part of Defendant's efforts to "remove" the instant case to the United States District Court.

Given that the United States District Court has assigned this "removed" case a case number, and that said case is at present pending in the United States District Court, this matter is stayed in the Las Vegas Justice Court until such time as the matter is remanded from the Federal Court. The hearing presently scheduled for September 7, 2021, is hereby vacated.

DATED this 26th day of August, 2021.

MELISSA A. SARAGOSA
Chief Judge

EXHIBIT "3"

JUSTICE COURT, LAS VEGAS TOWNSHIP

CLARK COUNTY, NEVADA

Tako LLC,

     Landlord(s)

vs.

Parnell Colvin,

     Tenant(s)

CASE NO.: 21E014316
DEPT. NO.: JC CIVIL EVICTIONS

**ORDER REGARDING MOTION TO PLACE ON CALENDAR**

The Court having reviewed the Motion to Place on Calendar filed herein and good cause appearing therefore,

**IT IS HEREBY ORDERED** that:

☑ The Motion to Place on Calendar is approved and the matter shall be **SET FOR HEARING** on the __20__ day of __January__ 20__22__ at __10:00__ __A__ .m. in Courtroom __6C__, Regional Justice Center, 200 Lewis Avenue, Las Vegas, NV 89155.

☐ The Motion to Place on Calendar is **DENIED**.

☐ Other: _____

DATED this 5th day of January, 2022.

Daniel Westmeyer
HEARING MASTER

Case Number: 21E014316

EXHIBIT 4

## JUSTICE COURT, LAS VEGAS TOWNSHIP
## CLARK COUNTY, NEVADA

| | |
|---|---|
| Tako LLC,<br>   Landlord(s)<br><br>vs.<br><br>Parnell Colvin,<br>   Tenant(s) | CASE NO.: 21E014316<br>DEPT. NO.: JC CIVIL EVICTIONS<br><br>ORDER REGARDING MOTION TO PLACE ON CALENDAR |

The Court having reviewed the Motion to Place on Calendar filed herein and good cause appearing therefore,

**IT IS HEREBY ORDERED** that:

[X] The Motion to Place on Calendar is approved and the matter shall be **SET FOR HEARING** on the 25 day of August 2022 at 10:00 A.m. in Courtroom 8D, Regional Justice Center, 200 Lewis Avenue, Las Vegas, NV 89155.

[ ] The Motion to Place on Calendar is **DENIED**.

[ ] Other: _____

_____
_____

DATED this 8th day of August, 2022.

*/s/ Amy Ferreira*
Amy Ferreira
HEARING MASTER

Case Number: 21E014316