1 Parnell Colvin

2 6681 Tara Ave

3 Las Vegas, Nv 89146

4 Email: PC681@YAHOO.COM

5 PH: (503)490-6564

```
____FILED          ____RECEIVED
____ENTERED        ____SERVED ON
         COUNSEL/PARTIES OF RECORD

            SEP 2 2 2022

      CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY:_____DEPUTY
```

United States District Court

District of Nevada

| | |
|---|---|
| Parnell Colvin, | Case No: 2:22-cv-00082-CDS-DJA |
| Plaintiff. | |
| | Motion To Request Extention To File |
| Vs. | Answer To Courts Order / Defendants Motions. |
| Tako LLC, | This is Plaintiffs (FIRST REQUEST) |
| Defendant. | |
| _____/ | |

    Comes now plaintiff Parnell Colvin, and for good cause showing withen this motion is requesting the court to grant his request for a 30 day extention from the due date of September 27,2022. Plaintiff has 4 pending cases 3 of the cases are within the District Court Of Nevada including this case the case numbers are as follows ( 2:20-cv-01765-APG-EJY) ( 2:22-CV-00082-CDS-DJA) (2:21-CV-02109-RFB-NJK). Plaintiff also has a case pending against the Defendant Tako LLC, for Negligence- Premises Liability case number is ( A-20-820973-C).
This case is before the Eighth Judicial Court, In Clark County State of Nevada. Plaintiff cannot meet all the deadlines from the cases he is litigating and has court dates prior to this courts timeline to file his answer.

(1)

Plaintiff Colvin , is being made in good faith and not for any other reason it is just impossible to meet all the timeslines of the various cases that are pending whith the plaintiff litigating two cases own his own and assisting counsel on the other two cases. This is Plaintiff first request for an extention to file his answer and plaintiff believes due to the circumstances the court should grant his request and his answers do by October 27,2022. Plaintiff also needs to extention to get supporting doucuments to disprove the false claims the defense attorney Taylor Simpson, made in his motions in a attempt to assassinate my character by taking foot notes of prior cases which he was not apart of and has no clue to the details.

He has made numerous false statements in his filings and the extention will also allow me time to request the needed documents to correct Mr. Taylor Simpson, false hoods and address his knowingly and intentionally making these statements and not having or knowing the actual details or facts. It is only fair if Mr. Simpson, makes alot of false statement and files inaccurrate facts within his motions attacking my character that I be allowed to respond to them and correct him and provide a accurate picture for the court.

Conclusion Plaintiff believes he has provided good sound justification for the court to grant his motion for extention to file his answers with the court is warranted. Thanking the court for its time in dealing with this urgent issue.

Respectfully Submitted This Day 22 September 2022.

*/s/ Paenell Colvin*

Paenell Colvin