# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

### CONSENT FOR ELECTRONIC SERVICE OF DOCUMENTS

FILED
ENTERED
SEP 2 2 2022
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
DEPUTY

I, **PARNELL COLVIN** (Print Full Name), am representing myself and consent to receive electronic notices of filings and/or delivery of documents by email.

I am providing my email address for the purpose of sending me electronic notice of any Order or other filing in my case with a link to the filed document. I understand that hard (paper) copies of orders will no longer be sent to me by the Court.

I understand that if my email or mailing address changes, it is my responsibility to notify the Court in writing of my new email or mailing address.

I understand that email filters (SPAM filters) may interfere with my receipt of email notifications and I will ensure that my email will not filter out messages from **cmecf@nvd.uscourts.gov**.

I have already registered *or* will immediately register for a PACER account (Public Access to Court Electronic Records).

I understand that consenting to service by email does not authorize me to file my documents electronically. I may request the court's authorization to register as an electronic filer by filing a separate written motion request (LR IC 2-1(b)).

Date: **09/22/2022**

Signature: *[signed]*

Email Address (Please print legibly):
**PC681@YAHOO.COM**

Confirm Email Address:
**PC681@YAHOO.COM**

Mailing Address:
**6681 TARA AVE, LAS VEGAS, NV 89146**

Telephone Number:
**503 490-6564**

Case Number(s):
**2:21-CV-02109, 2:22-CV-00082, 2:20-CV-01765**