Parnell Colvin

6681 Tara Ave

LasVegas, Nv 89146

Email: PC681@Yahoo.Com

PH: (503) 490-6564

| | |
|---|---|
| Parnell Colvin, | Case No: 2: 22-cv-00082-CDS-DJA |
| Plaintiff, | |
| | Motion To Request The Court |
| V. | Authorization To Register As a Filer In a |
| | Specific Case (LR IC 2-1(B) |
| Tako LLC, | |
| Defendant | |
| --------------------------/ | |

    Comes now plaintiff Parnell Colvin, and requesting the court to grant him permission to be able to file electronically. Thanking the court for its time and consideration.

Respectfully Submitted This 22 Day of September 2022

Parnell Colvin