UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Parnell Colvin,<br><br>                       Plaintiffs,<br><br>    v.<br><br>Tako LLC,<br><br>                       Defendant. | Case No. 2:22-cv-00082-CDS-DJA<br><br>**Order** |

Before the Court is Plaintiff Parnell Colvin's motion for leave to file documents electronically. (ECF No. 23). Under Local Rule IC 2-1(b), a *pro se* litigant may request the court's authorization to register as a filer in a specific case. Plaintiff appears to have access to a word processing program. Because the Court finds that Plaintiff is capable of filing electronically, it grants the motion. (ECF No. 23).

**IT IS THEREFORE ORDERED** that Plaintiff's motion to file electronically (ECF No. 23) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiff must comply with the following procedures to activate a CM/ECF account:

1. Plaintiff must become familiar with the Electronic Filing procedures and events menus, obtain a PACER account, and finally, obtain an CM/ECF login and password from the District of Nevada by submitting a completed registration form. Links to these items are available at https://www.nvd.uscourts.gov/e-filing-permission/.

2. Plaintiff must read and comply with the guidelines available at

https://www.nvd.uscourts.gov/e-filing-permission/

DATED: September 28, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE