PARNELL COLVIN
6681 TARA AVE
LAS VEGAS, NV 89146
PH: (503) 490-6564
EMAIL: PC681@YAHOO.COM

FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 04 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

PARNELL COLVIN,
    PLAINTIFF,

CASE NO: 2:22-CV- CDS-DJA

MOTION TO REQUESTS FOR EXTENTION OF TIME TO FILE ANSWER LOCAL RULE IA 6-1

VS.

TAKO LLC
    DEFENDANT.
_____/

Comes now plaintiff Parnell Colvin and is requesting the court for an extention to file his answer to the courts order. Plaintiff has several cases pending in the federal courthouse and just filed his answer to a pending case before Judge Richard F. Boulware on October 2, 2022. Judge Boulware, has granted the plaintiff an extention for the same reasons as plaintiff has requested in this court. This will be the first time plaintiff has been granted an extention to file his answer plaintiff needs the time to prepare his answer to the courts order plaintiff needs the time to research, consult with an attorney and to possibly retain counsel to represent him in this matter.

////////////

(1)

This court has never granted plaintiff a request for an extention to file his answer to the court order for October 12,222. This court justs repeats the same reason that because defendants motion was dimissed some how plaintiff dont need an extention and it would be moot. The defendants motion being dismissed by the court is not the reason that plaintiff has been making the point that the extention is needed to prepare his answer. Do to plaintiffs pending cases he has not and would not have the appropriate time to file a productive answer to the court order.

This court has consistantly denied plaintiff requests for an extention to file his answer if the extention is not granted it will cause harm to plaintiff and deny him his right to fairness and due process by the court. Plaintiff is very much aware that the court is looking for a reason to dismiss his lawsuit and not having the time to prepare a effective answer will make the courts job that much more easier to dismiss his lawsuit.

Plaintiff Colvin, meets the requirements set forth in Local Rule IA 6-1 for an extention and in the interests of justice this court and for good cause showing should grant his request. The court should not just keep stating and relying on defendants motion being dimissed as the basis to keep denying plaintiffs requests. The two issues are seperate and unrelated facts to each other.

Plaintiff is requesting the court to address his request based on the reasons stated in his motion and state for the record why the court keeps denying his request for an extention based on the defendants motion being dismissed when they are unrelated issues.

Plaintiff believes he never was treated fairly by this court and will immediately appeal to the Ninth Circuit Court Of Appeals for abuse of discreation the day if and when it dismisses his lawsuit

//////

1  For good cause stated and shown plaintiff has met the requirements set forth in
2  Local Rule IA 6-1 to be granted his first extention to file his answer due by October 27, 2022.

23  DATED AND SUBMITTED THIS DAY OCTOBER 3, 2022.

*[signature]*

PARNELL COLVIN

(3)