PARNELL COLVIN

6681 TARA AVE

LAS VEGAS, NV 89146

PH: (503) 490-6564

EMAIL: PC681@YAHOO.COM

```
FILED          RECEIVED
ENTERED        SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 04 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                      DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PARNELL COLVIN,

    Plaintiff,

VS.

TAKO LLC,

    Defendant.

Case No: 2:22-cv-00082-CDS-DJA

(1). THIRD REQUEST FOR AN EXTENTION TO FILE ANSWER

    Comes now pliantiff Parnell Colvin, is making this request for an extention to file his answer this plaintiff Colvin third request the court is clearly not addressing the plaintiff main reason for the request. Plaintiff is requsting at this time to make a ruling on the main reason the request for time to file his answer so it can be a record for the purpose of appeal to the Ninth Circuit Court Of Appeals for abuse of discretion. Plaintiff main reason for the request was due to multiple pending cases and he would not have the time needed to prepare his answer due to deadlines that needs to be meet. Plaintiff provided in his motion to request an extention all the active pending case numbers for the court to review which is (5) cases.

/////////////////

/////////////////

(1)

1  Plaintiff has shown good cause for the motion to be granted however this court seems to keeps focusing
2  and ruling in its orders that since defendants motions were denied that somehow this makes plaintiff motion
3  for an extention to file his answer moot. What the court keeps failing to address for the record is that defendant
4  attorney Taylor Simpson, alleged claims and alligations were going to be addressed by plaintiff providing the
5  documents. I am sure his client Tako LLC, never told him about the facts and details otherwise he would have
6  not made them inaccurrate statement about the plaintiff in his filing of motions because he has no clues of what
7  has taken place. Plaintiff felt the need to address them since defendants attorney was attempting to attack his
8  charactor.

10  The court has never addressed plaintiff requesting an extention based off of his (5) pending cases which (3)
11  are in the same federal courthouse as this case. The court keeps over looking this fact and this is the main fact
12  fact and issue plaintiff made his request in the first place not to simply respond to defendants false claims.
13  However this court keeps advoiding that plaintiff has multiple cases pending and has shown good casuse for an
14  extention to allow to properly file his answer. The court keeps ignoring this fact. Plaintiff believes if the
    defense
15  attorney requested an extention this court would have granted it and the defense would not have to point out
16  the court keeps relying on the fact that defendant motion was denied therefore no response is needed.
17  However the court keeps failing to address the (5) pending cases that plaintiff has pending as grounds to grant
18  his motion for an extention to file his answer thus this shows further bias by the court and fairness.

20  Plaintiff is requesting that the court state why it keeps refussing to grant plaintiff motion to grant an
21  extention to file his answer, also to state why the court in continuing denying plaintiff request it never states or
22  addresses plaintiff other (5) pending cases as a bases to grant or deny plaintiff motion the court only states that
23  defendant motion was denied. So plaintiff motion to request an extention moot it is not moot plaintiff needs the
24  time to prepare his answer to this courts order by October 12, 2022 or the court has stated it will dismiss
25  plaintiff case without further notice. Plaintiff needs the time to prepare his answer.
26  ////////
27  ////////
28  ////////

## RELIEF REQUESTED

Plaintiff Colvin, has demonstrated to the court the need and urgency to be granted an extention of time to file his answer. Deying plaintiff the most common request made in legal proceedings his to deny plaintiff due process of the law. Plaintiff has a case pending in this courthouse and his attorney has had multiple extentions granted for things like my attorney was going to be out of town and needs more time to prepare to file answers to motions and court orders. The defendants have also requests for an extention and the court has granted every one. Plaintiff request is just as important as the attorneys that file for an extentions and get them granted all the time thus again is requesting for an extention to file his answer.

DATED AND SUBMITTED THIS DAY SEPTEMBER 30, 2022

PARNELL COLVIN