PARNELL COLVIN
6681 TARA AVE
LAS VEGAS, NV 89146
EMAIL: PC681@YAHOO.COM
PH: (503) 490-6564
CASE NO: 2:22-CV-00082



Dear Court,

LETTER / MOTION

    I am the plaintiff in the above case. I have requested on numerous occasions for the court to grant me an extension to file my answer. Plaintiff meets all the requirements set forth in Local Rule IA 6-1 however the court keeps denying his request on an unrelated issue that the defendant motion has been dismissed so the plaintiff request is moot. Ignoring the fact that plaintiff requests are made and based on the fact that he has several cases pending before this court. Under any normal request for an extension are granted attorneys get them granted for anything but being that the plaintiff is an Pro- Se litigant that the courtis is denying his basic request and right even though plaintiff has shown good cause.

    Plaintiff in further requesting for an extension was hoping he would not have to introduce his medical situation because it should not be this hard to get an extension to file an answer. Plaintiff has included a referral from his doctor dated this October 3, 2022 that states plaintiff has an ( Umbilical Hernia ). This has caused the plaintiff pain and suffering and requires the plaintiff to need and have surgery. Plaintiff has redacted some personal information plaintiff again is requesting an extension to file his answer to the court order plaintiff has been dealing with the federal courts since (1988) and has never seen any litigant have to fight so hard to get an extension.

    This is unacceptable and warrants an investigation by the (Judicial Conduct and Disability act of 1980, 28 USC 351-364 and plaintiff needs to establish the courts conduct to be raised on appeal as a whole for abuse of discretion which will be appealed to the Ninth Circuit Court Of Appeals. It is well documented and in the history of courts especially the federal court that the court does not care too much care for Pro Se litigants. However plaintiffs have valid arguments and meet the requirements for an extension and are once again requesting an extension. Plaintiff is requesting the court to state for the record why it keeps denying plaintiff this request and not on the fact that his request is moot because the defendant motion was dismissed. The plaintiff's request is not moot. Please see exhibit (1).

As plaintiff was writing this letter / motion two minutes ago, plaintiff received a call from his attorney office stating that the defendant wants to take his deposition on October 27,2022. This is a sudden incident. The defendant, Tako LLC , is being sued for plaintiff injuries and negligence in Eighth Judicial Court making the need for an extension more urgent as plaintiff has to prepare for depositions .

DATED AND SUBMITTED THIS OCTOBER 3,2022

*[signature]*

PARNELL   COLVIN

(2).

EXHIBIT X1

**Originated From:**
**West Charleston Clinic**

|||||||||||

9499 W Charleston Blvd
Ste 150 Las Vegas, NV 89117
(702) 228-5477
**Account #:**

**Intermountain Healthcare**
**Performing Facility:**
**Not Applicable**
**Lab Requisition #: 35738397**
Scheduling Phone:   (0) 0-0

---

**Patient:** PARNELL COLVIN
6681 TARA AVE
LAS VEGAS, NV 89146

**Patient ID:**                                   **Sex:** M

**DOB:** 20-Apr-19
**Insurance:**

**Other #:**
**Other2 #:**

**Home:** (503) 381-5158
**Work:**
**PCP:**
**OP:** JAZZMINE-ROSE BALUYOT, D.O. - [39!

VIRGINIA BEACH, VA 23466
(800)454-3730

**Group Number:**
**Policy Number:**

**NPI:**

**Name of Insured:** [Other]

**Appt. Location:** NV WEST CHARLESTON

**Guarantor:** COLVIN, PARNELL - [Self]
6681 TARA AVE

LAS VEGAS, NV 89146

**Bill Type:** T

---

» - **[Surgery Referral] - [NVSREF]**

**Date Ordered**
03-Oct-2022

**Approving Provider**
JAZZMINE-ROSE BALUYOT

*Electronic Signature*

**Order #:**

**CPT4 Code**         **Patient Instructions**

**To Be Done Date**
03 Oct 2022

**Encounter Date**
03-Oct-2022

**Priority**
Routine

**Status**
Hold For

**Comments for Scheduler**

**Prompts**
Surgery Service                                                  General Surgery Referral
**Problems**
Umbilical hernia (553.1)(K42.9)

**Order Requisition**

Page 1 of 1