PARNELL COLVIN

6681 TARA AVE

LAS VEGAS, NV 89146

PH:(503) 490-6564

EMAIL: PC681@YAHOO.COM

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PARNELL COLVIN.

PLAINTIFF,

VS.

TAKO LLC.

DEFENDANT,

_____/

CASE NO: 2:22-CV-00082CDS-DJA

MOTION FOR EXTENTION

LOCAL RULE IA 6-1

MEDICAL REASONS

    Comes now plaintiff Parnell Colvin, and is requesting the court to grant his request for extention to file his answer. The court had set a court date to file answer by October 12, 2022 but with all the cases plaintiff Colvin, has pending in numerous court he would not be able to litigats and meet all the deadlines. This court had repeatly denied Colvin, requests for an extention as moot but in reality Colvin, had a valid reasons it was only after Colvin, kept requesting and the court was denying his request on bogus grounds did the court after Colvin, pointed this fact out to the court was when the court finally granted Colvin, an extention. The court set a date for October 27,2022.

    Plaintiff Colvin, stated that he was dealing with a serious medical condition and may need to request for another extention because he is dealing an hernia this medical condition is very serious and without surgery it can become fatal because this condition has went untreated for awhile Colvin, now must have surgery.

(1)

Plaintiff Colvin, has an ( Umbilical Hernia ) which is a painful bulg through his abdominial wall at his ( belly button). The hernia can contain tissue from the abdomen or part of an organ such as the ( Intestine ) or fluids. Plaintiff Colvin, can feel the intestines pushing through his belly button and has to manually push them back into his stomach. Plaintiff also wears a wrap so his intestines want push through his belly button Plaintiff Colvin, situation is serious and painful.

Hernia can cause starngulation can cut off flow to part of the intestine Colvin, belly buttom sticks out and can be seen through shirts. Colvin, knows first hand how serious his hernia is his father past away from his hernia complications. Colvin, was going to go to the emergecy room which they probably would have kept him and performed the surgery but Colvin, did not not want to do that because he would have not been able to file his answer by October 27,2022. Colvin, was afraid the court would then dismiss his complaint for failure to file his answer so plaintiff has been dealing with the pain but it has become more painful so plaintiff has filed this to request an extention for his medical situation.

Plaintiff Colvin, doctor told him the recovery time is 4-6 weeks after surgery. Plaintiff Colvin, has multiple cases pending in state and federal court he will be seeking to put all his cases on hold. Colvin, cannot address and focuss on all the legal cases when he is dealing with a serious medical situation. Colvin, also states this new request is not for any delays as Plaintiff has been active in all his cases. Plaintiff Colvin, came to the federal courthouse to file some documents on September 30,2022 however once there he was denied entry because of an emergecy issues taking place plaintiff Colvin, came back October 3,2022 and was denied again Colvin, came back the next day October 4, 2022 and finally able to file his answer in case ( 2:21-cv-02109).

Nobody can claim Colvin, has not been active in any of his cases because he has plaintiff Colvin, called ( Boulware) chambers to explaint that plaintiff been to the courthouse two times and because of the emergecy could not file his answer. Colvin, did not want the court to think that he was not going to file his answer. Which Colvin, was told the court knew about the emergecy so Colvin, has been very much involved in all his cases but now the time has come where the condition of his hernia is getting bigger and worse and he needs the extention for the sole purpose to deal with his hernia.

Plaintiff Colvin, has always been determind in meeting all his court dates but at the present just cannot at times it hurts to walk or sit and it is so uncomfortable to have to keep pushing his stomach intestines back into his stomach so they want burst through because if this happens plaintiff can die. Because of this it has very much limited plaintiff. Colvin, has submitted his referral for the surgery as proof his claim is a valid one and this is the basis for an extention for medical reasons. Some of the information has been redacted.

DATED AND SUBMITTED

THIS DAY OCTOBER 18,2022

PARNELL   COLVIN