1  PARNELL COLVIN

2  6681 TARA AVE

3  LAS VEGAS NV 89146

4  EMAIL: OC681@YAHOO.COM

5  PH: (503) 490-6564

6

7

8

9

```
_____FILED          _____RECEIVED
_____ENTERED        _____SERVED ON
         COUNSEL/PARTIES OF RECORD

        OCT 27 2022

   CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY:_____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

10  PARNELL COLVIN.

11        PLAINTIFF

12

Case No: 2:22-cv-0082-CDS-DJA

13  VS.

(1) RESPONSE TO COURT ORDER

14

(2) REQUEST COURT TO RULE ON

15  TAKO LLC.

MOTION TO RECUSAL FROM CASE.

16        DEFENDANT

(3) REQUEST COURT TO RULE ON

17  _____/

MOTION TO AMEND COMPLAINT.

18

19        Comes now plaintiff Parenll Colvin, and is making the following arguments and requesting the court to

20  to rule on his motions which the court has not the only focus the court has consistently ruled on and denied is

21  plaintiff Colvins, motion for extentions of time to file his answer. Plaintiff believes this court has acted in away

22  biases and prejugdice and he has not and will not get any fair hearing before this court and is again requesting

23  this court to recuse from the subject matter case in the interest of fairness, juctice, and due process of the law

24  the court should grant the motion that was filed to the court to recuse from his case for what he believes is a

25  case of biases and prejudice against him by the court.

26  ////////

27  ////////

28  ////////

· (1).

1      Plaintiff Parnell Colvin, complaint is regarding questions of federal law, the federal constitution and the

2   federal courts is the correct court to have his complaint filed which meets the subject matter jurisdiction.

3   Under Article III of the constitution, federal courts can hear " all cases, in law and equity, arising under this

4   constitution, and the laws of the United States. The United States constitution, Art III, Sec 2. The United States

5   Supreme Court has interpreted this clause broadly, finding that it allows federal courts to hear any case in which

6   there is a federal ingredient. Osborn v. Bank of the United States, 9 Wheat.( 22 U.S.) 738 ( 1824).

7

8      28 USC 1331 The Statutory Component, for federal question jurisdiction to exit, this statue gives federal

9   courts jurishdiction only those cases which aris(e) under federal law . 28 USC 1331 this requirement has been

10  found to narrower than the requirments of the federal constitution. The United States Supreme Court has found

11  that a "suit arises under the law that creates the cause of action," American Well Works v. Layne, 241 US 257

12  (1916), and therefore, only suits based on federal law, not state law suits, will create federal question

13  jurisdiction, Louisville & nashville R. Co. mottley, 211 U.S. 149 (1908).

14

15     Plaintiff Colvin, federal question of jurisdiction was well pleaded in his initial complaint and

16  his Federal Civil Cover Sheet states question of federal law and the federal issue evoked. Plaintiff Colvin, stated

17  his federal rights to due process where violated by the defendant which gave cause to moving the case to federal

18  court to deal with federal law not state law. Colvin, complaint states the defendant violated his federal rights

19  this federal violation was presented and stated in Colvin, initial complaint. The requirement was established

20  in Louisville & Nashville R. Co. V. Mottley, and as such it is often referred to as the " Mottley Rule."

21  The Las Vegas Justice Court where defendant filed the case only addresses ( Evictions) and the cases are heard

22  by a hearing master not a judge and that do not hear or rule on federal questions or federal laws.

23

24     This is why that court has taken no actions and is letting this litigation play out in federal court and not

25  The Las Vegas Justice Court. Plaintiff Colvin, issues are all federal claims and the federal court is the correct

26  court to hear his complaint not Las Vegas Justice Court he has rasied federal questions and federal violations.

27  Plaintiff Colvin, has requested a jury trial so the jury can be the fact finders of his constitutional rights were in

28  fact viloated.

1

" The Fifth Amendment Due Process Clause"

2

3      Although the Fifth Amendment Due Process Clause is brief, important parts the United States Supreme

4   Courts constitutional doctrine rests on it. At the most general level, the clause reinterates the principle of the

5   rule of law. The goverment must act in accordance with legal rules and not contrary to them. A more specific

6   application of the clause is the doctrinetoday called " procedral due process." Which concerns the fairness and

7   lawfulness of decision making methods used by the courts and executive. Governmental actors violate

8   due process when they frustrate the fairness of proceedings, such as when a prosecutor fails to disclose evidence

9   to a criminal defendant that suggests they may be innocent of the crime. Or when a judge is biased against a

10  criminal defendant or a party in a civil action. Likewise fair notice and the oppertunity to be heard are

11  due process requirements criminal, civil and other proceedings in the present case the Las Vegas Justice court

12  and the defendant violated Colvin, due process right denying him his federal constitional right to be heard.

13

14      The Court also attributes to the Due Procees Clause a notice requirement that applies to stautes rather

15  than executive and judcial action. A statute that is extremely unclear can be, in the courts terms void for

16  vagueness. This is because it dose not give people sufficient or fair notice of the law. Also the

17  Fourteenth Amendment section (1) States all persons born or naturalized in the United States , and subject to the

18  jurisdiction thereof, are citizens of the United States  and the state wherein they reside. No state shall make or

19  enforce any law which shall abridge the privileges or immunities of citizens of the United States. Nor shall any

20  state deprive any person of life, liberty. or properety, without due process of the law, nor deny to any person

21  within its jurisdiction the equal protections of the laws.

22

23      There is no question that Colvin, due process rights were violated and he has a federal right to bring his

24  claim to the federal courts and have the opportunity to litigate his complaint in the federal court. Colvin, claims

25  are all federal claims no state claims. The Las Vegas Justice Court, where this case started has no juridiction

26  to entertain Colvin, due process clause of actions. That court only hears evictions and Colvin, federal case

27  is about his federal dru process and federal constitutional rights being violated by the defendant. The federal

28  court is the correct court for Colvin, not The Las Vegas Justice Court these are federal issues and laws.

(3).

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff Colvin, meets the Subject Matter Jurisdiction 28 U.S.C 1331 provides that the district court have subject matter jurisdiction in all civil actions arising under the Constitution, laws,or treaties of the United States Colvin, is requesting the court to let him proceed to litigate is case in federal court against the defendant the federal courts is the proper venue for Colvin, to raise , proceed and litigate his case against the defendant has violated Colvin, constitutional rights. If the court dismisses Colvin, complaint then there would be no court to hear his federal questions of federal law The Las Vegas Justice Court, is not going to hear Colvins, claims.

Dismissal of Colvin, complaint would be denying him his federal constitutional right to due process Colvin, requested a jury trial and raised federal question of law in his complaint. Colvin, has always argued his federal rights were violated by the defendant and a jury should be the one to hear and give a verdict in his case.

Dated and submitted this Day October 27 , 2022

Parnell   Colvin

(4).

1

2                                CERTICATE OF SERVICE

3

4

5          I hereby certify that on this 27th day of October 2022, a true and correct copy of Plaintiff Colvin, answer

6     was mailed to the defendant.

7

8          Kerr Simpon Attorneys at Law

9          2900 W. Herizion Ridge Pkwy Ste 200

10         Henderson NV 85052-5014

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                         (5).

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff Colvin, further argues the constitution states only one word command twice. The Fifth Amenndment says to the federal government that no one shall be " deprived of life, liberty or property without due process of the law." The Fourteenth Amendment, ratitified in ( 1868 ), uses the same eleven words called the Due Process Clause, to describe a legal obligation of all states. These words have as their central promise an assurance that all levels of the american government must operate within. The Fifth Amendments reference to " due process" is only one of many promises of protections the " Bill of Rights" gives citizens.

Plaintiff Colvin, has a federal constutional right to bring his complaint to the federal courts and be able to litigate his claim in said court. The constitution allows for him to litigate his case in federal court not be forced or denied the right to proceed in the federal court. Colvin, has met his burden to show he has the legal right to proceed with his complaint against the defendant in federal court.